# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| SAMMY STEPHEN OGG, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:14-0871 |
| ) | Judge Trauger |
| SOCIAL SECURITY ADMINISTRATION, ) | Magistrate Judge Brown |
| ) | |
| Defendant. ) | |

## **O R D E R**

On March 30, 2015, the Magistrate Judge issued a Report and Recommendation (Docket No. 15), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the plaintiff's Motion For Judgment On The Administrative Record (Docket No. 11) is **DENIED**, and the decision of the Commissioner is **AFFIRMED**. This case is **DISMISSED WITH PREJUDICE**. This Order shall constitute the final judgment in this case.

It is so **ORDERED**.

ENTER this 23rd day of April, 2015.

_____
ALETA A. TRAUGER
U.S. District Judge